UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARDALE MIDDLETON,

    Plaintiff,

Case No. 18-cv-10039
Hon. Matthew F. Leitman

v.

OCTAPHARMA PLASMA INC.,

    Defendant.

_____/

## JUDGMENT

In accordance with the Order, dated August 1, 2019,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

Defendant and against Plaintiff.

DAVID J. WEAVER
CLERK OF COURT


By:   s/Holly A. Monda
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge


Dated:  August 1, 2019
Flint, Michigan